IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEAWE BRADLEY DEAN MAHINA PAI, KAHEANA KATHLEEN KAWALE PAI,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF HAWAII, JOHN DOE 1, JOHN DOE 2, JOHN DOES 3-10, JANE DOES 1-10, DOE CORPORATIONS 2-10, DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. 19-00440 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

    Findings and Recommendation having been filed on September 4, 2020 and served on all parties on September 8, 2020, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to 1) Grant Defendant County of Hawaii's Motion for Sanctions Against Plaintiffs and 2) Dismiss This Action" ECF No. 59, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, September 28, 2020.



Jill A. Otake
United States District Judge

Civil No. 19-00440 JAO-RT; *Pai v. County of Hawaii*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION